Francesco Benavides, CSBN 258924
Law Offices of Francesco Benavides
    1990 N. California Blvd.  8th Floor
    Walnut Creek, CA 94596
    Tel: (925) 222-7071
    Email: francesco@benavidesdisabilitylaw.com

Attorney for Plaintiff
PAUL EDWARD WESTMORELAND

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| PAUL EDWARD WESTMORELAND,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>    Defendant. | Case No. E.D. Cal. 1:24-cv-01049-GSA<br><br>STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT; ORDER |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees and expenses in the amount of $8,554.98, under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 2412(d), 1920.

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel.  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability

1    to honor the assignment will depend on whether the fees are subject to any offset

2    allowed under the United States Department of the Treasury's Offset Program.  After

3    the order for EAJA fees is entered, the government will determine whether they are

4    subject to any offset.

5         Fees shall be made payable to Plaintiff, but if the Department of the Treasury

6    determines that Plaintiff does not owe a federal debt, then the government shall cause

7    the payment of fees, expenses and costs to be made directly to Plaintiff's counsel,

8    Francesco Benavides, pursuant to the assignment executed by Plaintiff.

9         Payments may be made by electronic funds transfer (EFT) or by check.

10        This stipulation constitutes a compromise settlement of Plaintiff's request for

11   EAJA attorney fees and does not constitute an admission of liability on the part of

12   Defendant under the EAJA or otherwise.  Payment of the agreed amount shall

13   constitute a complete release from, and bar to, any and all claims that Plaintiff and/or

14   Francesco Benavides, including the Law Offices of Francesco Benavides, may have

15   relating to EAJA attorney fees in connection with this action.

16        This award is without prejudice to the rights of Francesco Benavides to seek

17   Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings

18   clause provisions of the EAJA.

19

20                              Respectfully submitted,

21

22   Dated: August 5, 2025          Law Offices of Francesco Benavides

23

24                         By:    */s/ Francesco Benavides*
                                  FRANCESCO P. BENAVIDES
25                                Attorney for Plaintiff

26

27

28

Dated: August 5, 2025                    KIMBERLY A. SANCHEZ
                                         Acting United States Attorney
                                         MATHEW W. PILE
                                         Associate General Counsel
                                         Social Security Administration

                              By:    _David Priddy*_____
                                         DAVID PRIDDY
                                         Special Assistant U.S. Attorney
                                         Attorneys for Defendant
                                         (*Permission to use electronic signature
                                         obtained via email on August 5, 2025).

## ORDER

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $8,554.98 as authorized by 28 U.S.C. § 2412, and no costs under 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:   **August 5, 2025**            _____**/s/ Gary S. Austin**_____
                                         UNITED STATES MAGISTRATE JUDGE

-3-